Neil D. McFeeley, ISB No. 3564
Stanley J. Tharp, ISB No. 3883
Corey J. Rippee, ISB No. 6803
EBERLE, BERLIN, KADING, TURNBOW
    & McKLVEEN, CHARTERED
1111 West Jefferson Street, Suite 530
Post Office Box 1368
Boise, Idaho 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LENFORD WARREN and DORIS WARREN, husband and wife; KATHLEEN HOUGHTON; JIM JAMBOR; JERRY WILLIAMS and SUE WILLIAMS, husband and wife,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TWIN ISLANDS, LLC, an Idaho limited liability company, d.b.a. Republic Storage, Republic Storage Broadway, Republic Storage Broadway II, Republic Storage Caldwell, Republic Storage Chinden, Republic Storage Linden, Republic Storage Maple Grove, Republic Storage Meridian, Republic Storage Nampa, Republic Storage of Idaho, Republic Storage of Mountain Home, Republic Storage U-Save, and Republic Storage Willowbrook; CITY DEVELOPMENT, INC., d.b.a. Republic Storage Joplin, Republic Storage of Eagle, Republic Storage of Star and Republic Storage U-Save; REPUBLIC STORAGE OF MOUNTAIN HOME, LLP, d.b.a. Republic Storage of Mountain Home; REPUBLIC | Case No. CIV 11-98-S-CWD<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENTS** |

| | |
|---|---|
| STORAGE OF STAR, LLC, d.b.a. Republic Storage of Star; U-SAVE STORAGE, LLC, d.b.a. Republic Storage U-Save; JASON SMITH AND STACI P. SMITH, husband and wife; and RICHARD PHILLIPS; MARSZ INVESTMENTS, LLC, d.b.a. Republic Storage of Eagle, | |
| Defendants. | |

The undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Twin Islands, LLC ("Twin Islands") is an Idaho limited liability company.

2. No parent corporation or a publicly-held company owns 10% or more of Twin Islands.

3. City Development, Inc. ("City Development") is an Idaho corporation.

4. No parent corporation or a publicly-held company owns 10% or more of City Development.

5. Republic Storage of Mountain Home, LLP ("Republic Storage of Mountain Home") is an Idaho limited liability partnership.

6. No parent corporation or a publicly-held company owns 10% or more of Republic Storage of Mountain Home.

7. Republic Storage of Star, LLC ("Republic Storage of Star") is an Idaho limited liability company.

8. No parent corporation or a publicly-held company owns 10% or more of Republic Storage of Star.

9. U-Save Storage, LLC ("U-Save Storage") is an Idaho limited liability company.

10. No parent corporation or a publicly-held company owns 10% or more of U-Save Storage.

11. Marsz Investments, LLC ("Marsz Investments") is an Idaho limited liability company.

12. No parent corporation or a publicly-held company owns 10% or more of Marsz Investments.

DATED this 7th day of April, 2011.

                EBERLE, BERLIN, KADING, TURNBOW
                &amp; McKLVEEN, CHARTERED

By_____
      Neil D. McFeeley, of the firm
      Attorneys for Defendants


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney(s) this 7th day of April, 2011, as indicated below and addressed as follows:

| | |
|---|---|
| James M. Piotrowski / Marty Durand<br>HERZFELD & PIOTROWSKI, LLP<br>Post Office Box 2864<br>824 West Franklin Street<br>Boise, Idaho 83702<br>   *Co-Attorneys for Plaintiffs* | [ ] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Fax (208) 343-3246<br>[✓] ECF:<br>   jpiotrowski@idunionlaw.com<br>   marty@idunionlaw.com |
| Michelle Matheson<br>MATHESON & MATHESON<br>14368 N. Frank Lloyd Wright Blvd #11<br>Scottsdale, AZ 85260<br>   *Co-Attorneys for Plaintiffs* | [ ] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Fax (480) 889-8952<br>[✓] ECF |

_____
Neil D. McFeeley

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENTS - PAGE 3** (62702-108 / 00204457.000)