E DON COPPLE
HEATHER A. CUNNINGHAM
DAVISON, COPPLE, COPPLE & COPPLE
Attorneys at Law
Chase Capitol Plaza
199 North Capitol Boulevard
Suite 600
P.O. Box 1583
Boise, Idaho  83701
Telephone: (208) 342-3658
Facsimile: (208) 386-9428
ISB Nos.: 1085 and 5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LENFORD WARREN and DORIS WARREN, husband and wife; KATHLEEN HOUGHTON; JIM JAMBOR; JERRY WILLIAMS and SUE WILLIAMS, husband and wife,<br><br>             Plaintiff,<br><br>vs.<br><br>TWIN ISLANDS, LLC, an Idaho limited liability company, d.b.a. Republic Storage, Republic Storage Broadway, Republic Storage Broadway II, Republic Storage Caldwell, Republic Storage Chinden, Republic Storage Linden, Republic Storage Maple Grove, Republic Storage Meridian, Republic Storage Nampa, Republic Storage of Idaho, Republic Storage of Mountain Home, Republic Storage U-Save, and Republic Storage Willowbrook; CITY DEVELOPMENT, INC., d.b.a Republic | Case No. 1:11-CV-98-S-BLW<br><br>STIPULATION FOR SUBSTITUTION OF COUNSEL |

Storage Joplin, Republic Storage of Eagle, Republic Storage of Star and Republic Storage U-Save; REPUBLIC STORAGE OF MOUNTAIN HOME, LLP d.b.a Republic Storage of Mountain Home; REPUBLIC STORAGE OF STAR, LLC d.b.a Republic Storage of Star; U-SAVE STORAGE, LLC d.b.a Republic Storage U-Save; JASON SMITH and STACI P. SMITH, husband and wife; RICHARD PHILLIPS; MARSZ INVESTMENTS, LLC d.b.a. Republic Storage of Eagle,

        Defendants.

COME NOW COME NOW, William J. McKlveen of the firm Eberle, Berlin, Kading, Turnbow & McKlveen, attorneys for Defendants, and E Don Copple of the firm Davison, Copple, Copple & Copple of Boise, Idaho, and hereby stipulate and agree that the law firm of Davison, Copple, Copple & Copple of Boise, Idaho be substituted as counsel for Defendants.

DATED this 22nd day of July, 2011.

        EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN

        By: _____/s/_____
             William J. McKlveen, of the firm
             Attorneys for Defendants

DATED this 26th day of July, 2011.

        DAVISON, COPPLE, COPPLE & COPPLE, LLP

        By: _____/s/_____
             E Don Copple, of the firm
             Attorneys for Defendants

CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of July, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>James M. Piotrowski
>Marty Durand
>Herzfeld & Piotrowski, LLP
>james@hpllp.net
>marty@hpllp.net
>
>Michelle Matheson
>Matheson & Matheson
>mmatheson@mathesonlegal.com

          _____/s/_____
              E Don Copple