IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LENFORD WARREN and DORIS WARREN, husband and wife; KATHLEEN HOUGHTON; JIM JAMBOR; JERRY WILLIAMS and SUE WILLIAMS, husband and wife,<br><br>                Plaintiff,<br><br>vs.<br><br>TWIN ISLANDS, LLC, an Idaho limited liability company, d.b.a. Republic Storage, Republic Storage Broadway, Republic Storage Broadway II, Republic Storage Caldwell, Republic Storage Chinden, Republic Storage Linden, Republic Storage Maple Grove, Republic Storage Meridian, Republic Storage Nampa, Republic Storage of Idaho, Republic Storage of Mountain Home, Republic Storage U-Save, and Republic Storage Willowbrook; CITY DEVELOPMENT, INC., d.b.a Republic Storage Joplin, Republic Storage of Eagle, Republic Storage of Star and Republic Storage U-Save; REPUBLIC STORAGE OF MOUNTAIN HOME, LLP d.b.a Republic Storage of Mountain Home; REPUBLIC STORAGE OF STAR, LLC d.b.a Republic Storage of Star; U-SAVE STORAGE, LLC d.b.a Republic Storage U-Save; JASON SMITH and STACI P. SMITH, husband and wife; MARSZ INVESTMENTS, LLC d.b.a. Republic Storage of Eagle,<br><br>                Defendants.<br>_____ | Case No. 1:11-CV-98-S-BLW<br><br>ORDER APPROVING SETTLEMENT |

ORDER APPROVING SETTLEMENT - 1

THE PARTIES have filed a Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice.

Having considered the terms of the Settlement Agreement, the current status of the litigation and all other matters of record, the Court finds, concludes and orders:

1. That the Settlement Agreement attached to the Joint Motion is a fair and reasonable compromise of issues actually in dispute. Accordingly, the Court APPROVES the Settlement Agreement.

2. That upon fulfillment by the parties of the terms of the Settlement Agreement the parties may submit an Order for Dismissal of the case with prejudice.

DATED: March 12, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court