IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LENFORD WARREN and DORIS WARREN, husband and wife; KATHLEEN HOUGHTON; JIM JAMBOR; JERRY WILLIAMS and SUE WILLIAMS, husband and wife, | Case No. 1:11-CV-98-S-BLW |
| Plaintiff, | JUDGMENT |
| vs. | |
| TWIN ISLANDS, LLC, an Idaho limited liability company, d.b.a. Republic Storage, Republic Storage Broadway, Republic Storage Broadway II, Republic Storage Caldwell, Republic Storage Chinden, Republic Storage Linden, Republic Storage Maple Grove, Republic Storage Meridian, Republic Storage Nampa, Republic Storage of Idaho, Republic Storage of Mountain Home, Republic Storage U-Save, and Republic Storage Willowbrook; CITY DEVELOPMENT, INC., d.b.a Republic Storage Joplin, Republic Storage of Eagle, Republic Storage of Star and Republic Storage U-Save; REPUBLIC STORAGE OF MOUNTAIN HOME, LLP d.b.a Republic Storage of Mountain Home; REPUBLIC STORAGE OF STAR, LLC d.b.a Republic Storage of Star; U-SAVE STORAGE, LLC d.b.a Republic Storage U-Save; JASON SMITH and STACI P. SMITH, husband and wife; RICHARD PHILLIPS; MARSZ INVESTMENTS, LLC d.b.a. Republic Storage of Eagle, | |
| Defendants. | |

JUDGMENT - 1

Pursuant to the Stipulation (docket no. 48) filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with Prejudice. The Clerk is directed to close this case.

Date: **Apr 09, 2012**

B. LYNN WINMILL
Chief District Judge
United States District Court